ACCEPTED
03-15-00293-CV
6776991
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 9:46:52 AM
JEFFREY D. KYLE
CLERK

# No. 03-15-00293-CV

In the Court of Appeals
For the Third Judicial District of Texas
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 9:46:52 AM
JEFFREY D. KYLE
Clerk

BOB E. WOODY,
Plaintiff-Appellant,

v.

J. BLACK'S, LP and J. BLACK'S, GP, LLC,
Defendants-Appellees.

On Appeal from Cause No. D-1-GN-09-001436
In the 345th Judicial District Court of Travis County, Texas
The Honorable Steven Yelenosky Presiding

**Appellant's Unopposed Second Motion for
Extension of Time to File Opening Brief**

TO THE HONORABLE COURT OF APPEALS:

Appellant's opening brief currently is due September 3, 2015. Pursuant to Texas Rule of Appellate Procedure 38.6(d), appellant respectfully requests a 15-day extension of time until **September 18, 2015** to file his opening brief. This extension is requested for the following reasons.

1

The undersigned has had responsibility for the following additional commitments during August and September 2015:

- Reviewing the trial court record from a July 2015 trial that resulted in a verdict of $10+ million in actual damages and $7 million in exemplary damages, on behalf of one of the defendants in *Joanne Schermerhorn et al. v. CenturyTel, Inc. et al.*, No. 2010-09675 (113 Judicial District, Harris County, Texas), in preparation for post-judgment/appellate proceedings;

- Preparing an amended complaint (due September 14, 2015 by court order) on behalf of the plaintiff in a federal antitrust matter: *Houston KP, LLC v. City of Houston*, No. 4:14-CV-02928 (S.D. Tex.);

- Preparing an amended complaint (due September 24, 2015 by court order) on behalf of the plaintiff in another federal antitrust matter: *Viva Cinemas Theaters and Entertainment LLC d/b/a Viva Cinema v. America Multi-Cinema, Inc.*, No. 4:15-cv-01015 (S.D. Tex.); and

- Reviewing a complex business transaction on behalf of a client in anticipation of litigation on an urgent basis.[1]

Although the undersigned has not given these commitments priority over the current appeal, the undersigned could not complete appellant's opening brief in this matter by September 3, 2015 given the deadlines in these other matters.

The undersigned has confirmed that appellees are unopposed to this motion.

One prior 15-day extension was previously requested and granted.

**Prayer**

Appellant respectfully requests that the Court grant him a 15-day extension of time to file his opening brief.

---

[1] Client identity omitted because of the non-public nature of the work at this time.

Respectfully submitted,

*/s/ Jeremy Gaston*
Jeremy Gaston
Texas SBN 24012685
jgaston@hmgnc.com
HAWASH MEADE GASTON
NEESE & CICACK LLP
2118 Smith Street
Houston, Texas  77002
Telephone:  (713) 658-9001
Facsimile:   (713) 658-9011

Rick Gray
Texas SBN 08328300
rick.gray@graybecker.com
Gray & Becker, PC
900 West Avenue
Austin, TX  78701-2210
Telephone:  512-482-0061
Facsimile:   512-482-0924

Tom C. McCall
Texas SBN 13350300
tmccall@themccallfirm.com
David B. McCall
Texas SBN 13344500
dmccall@themccallfirm.com
The McCall Firm
3660 Stoneridge Road, Suite F-102
Austin, Texas 78746-7759
Telephone:  (512) 477-4242
Facsimile:   (512) 477-2271

Hector H. Cardenas, Jr.
Texas SBN 00790422
hcardenas@cardenas-law.com
THE CARDENAS LAW FIRM
3660 Stoneridge Road, Suite F-102
Austin, Texas 78746-7759

3

Telephone:  (512) 477-4242
Facsimile:   (512) 477-2271

***Counsel for Appellant***

## Certificate of Conference

On September 1, 2015, I conferred with appellees' counsel regarding this motion, and on September 3, 2015 he informed me that appellees are unopposed to the relief requested herein.

*/s/ Jeremy Gaston*
Jeremy Gaston

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2015 a true and correct copy of the foregoing document was served on the following counsel of record by electronic filing:

Eric J. Taube
Andrew Vickers
Hohmann, Taube & Summers, LLP
100 Congress Avenue, 18th Floor
Austin, TX  78701-4042
Counsel for J. Black's, LP and J. Black's, GP, LLC

***Counsel for Appellees***

*/s/ Jeremy Gaston*

Jeremy Gaston
